THE HONORABLE FRANKLIN D. BURGESS

# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| BILLY J. STRINGER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PACIFIC MARINE MAINTENANCE COMPANY, LLC, LYLE KAGEY, DOES 1-10, inclusive,<br><br>　　　　　Defendants. | **CASE NO. C04-5887 FDB**<br><br>STIPULATION AND ORDER OF VOLUNTARY DISMISSAL |

## STIPULATION

IT IS HEREBY STIPULATED between Plaintiff Billy J. Stringer and Defendant Pacific Marine Maintenance Company, LLC, acting through their respective attorneys, that the above-entitled action may be dismissed with prejudice and without costs to either party, this matter having been fully resolved between them.

STIPULATION AND ORDER OF VOLUNTARY DISMISSAL
(C04-5887 FBD) - 1

The Law Offices of GRANT & ASSOCIATES
The Law Dome
3002 So. 47th Street
Tacoma, Washington  98409
Telephone  (253) 472-6213

S:\BURGESS\SHARE\BMiener\05 Dec 7 Stringer Stipulation for Dismissal.doc

1 | DATED this ____ day of December, 2005

2 | Law Offices of GRANT & ASSOCIATES

3

4 | _____
Artis C. Grant, Jr., WSBA No. 26204
Roxanne L. Rarangol, WSBA No. 30340

5 | 3002 South 47th Street
Tacoma, WA 98409

6 | Telephone: (253) 472-6213

7 | Fax: (253) 473-9695
E-mail: agrant@lawdome.com

8 | E-mail: rrarangol@lawdome.com

9 | Attorneys for BILLY J. STRINGER

10 | DATED THIS ___ day of December, 2005

11 | DAVIS WRIGHT TREMAINE

12 | _____

13 | Thomas A. Lemly, WSBA No. 5433
1501 4th Ave, Suite 2600

14 | Seattle, WA 98101
Telephone: (206) 903-3950

15 | Fax: (206) 628-7699
E-mail: tomlemly@dwt.com

16 | Attorneys for PMMC

17

18

19

20

21

22

23

24

25

26

27

28 | STIPULATION AND ORDER OF VOLUNTARY DISMISSAL
(C04-5887 FBD) - 2

The Law Offices of GRANT & ASSOCIATES
The Law Dome
3002 So. 47th Street
Tacoma, Washington 98409
Telephone (253) 472-6213

S:\BURGESS\SHARE\BMiener\05 Dec 7 Stringer Stipulation for Dismissal.doc

# ORDER

THIS MATTER having come before the Court on the foregoing stipulation, it is hereby ORDERED that the above-entitled action be dismissed with prejudice and without attorneys' fees and costs to either party.

DATED this 7th day of December 2005

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Jointly Presented by:

DATED this __ day of December, 2005    GRANT & ASSOCIATES

By: _____
    Artis C. Grant, Jr., WSBA No. 26204
    Roxanne L. Rarangol, WSBA No. 30340
    Attorneys for Plaintiff
    3002 South 47th Street
    Tacoma, WA  98409
    Telephone: (253) 472-6213
    Facsimile: (253) 473-9695
    E-mail: agrant@lawdome.com
    E-mail: rrarangol@lawdome.com

DATED this __ day of December, 2005    DAVIS WRIGHT TREMAINE LLP

By: _____
    Thomas A. Lemly, WSBA #5433
    Attorneys for Defendants
    1501 Fourth Avenue, Suite 2600
    Seattle, WA  98101
    Telephone: (206) 628-7716
    Facsimile: (206) 628-7699
    E-mail: tomlemly@dwt.com

STIPULATION AND ORDER OF VOLUNTARY DISMISSAL
(C04-5887 FBD) - 3

The Law Offices of GRANT & ASSOCIATES
The Law Dome
3002 So. 47th Street
Tacoma, Washington  98409
Telephone  (253) 472-6213

S:\BURGESS\SHARE\BMiener\05 Dec 7 Stringer Stipulation for Dismissal.doc